AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McNiff, Peter J. | U.S. Bankruptcy Court - District of Wyoming | 12/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

2120 Capitol Avenue, Room 8024
P.O. Box 763
Cheyenne, WY 82001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 6/1967 | State of Wyoming Retirement $385/mo. beginning 8/16/90 |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 12/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   UBS BROKERAGE ACCT. ▇ | | | | | | | | | |
| 2.   - ACE LTD CHF | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 3. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 4.   - ACTIVISION BLIZZARD INC | A | Int./Div. | J | T | Buy | 09/26/13 | J | | |
| 5. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 6.   -AGILENT TECHNOLOGIES INC | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 7. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 8.   - AIR PROD & CHEMICAL INC | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 9. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 10.   - ALLEGHANY CORP DEL NEW | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 11. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 12.   - AMER EXPRESS CO | B | Int./Div. | K | T | Buy | 07/11/13 | J | | |
| 13. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 14.   -AMERIPRISE FINANCIAL INC | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 15. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 16.   - BANK OF NEW YORK MELLON CORP | B | Int./Div. | K | T | Buy | 07/11/13 | J | | |
| 17. | | | | | Buy (add'l) | 10/31/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - BED BATH & BEYOND INC | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 19. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 20. - BERKSHIRE HATHAWAY INC NEW | A | Int./Div. | K | T | Buy | 07/11/13 | J | | |
| 21. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 22. - BROOKFIELD ASSET MGMT INC LTD VTG SHS CL A | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 23. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 24. - CANADIAN NAT RESOURCES LTD CAD | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 25. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 26. - CARMAX INC | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 27. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 28. - COCA COLA CO COM | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 29. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 30. - COSTCO WHOLESALE CORP | A | Int./Div. | K | T | Buy | 07/11/13 | J | | |
| 31. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 32. - CVS CAREMARK CORP | B | Int./Div. | K | T | Buy | 07/11/13 | J | | |
| 33. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 34. - DIAGO PLC NEW GB SPON ADR | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 36. - ECOLAB INC | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 37. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 38. - EOG RESOURCES INC | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 39. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 40. - EXPRESS SCRIPTS HLDG CO | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 41. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 42. - GOOGLE INC CL A | B | Int./Div. | K | T | Buy | 07/11/13 | J | | |
| 43. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 44. - HARLEY DAVIDSON INC | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 45. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 46. - HEWLETT PACKARD CO | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 47. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 48. - IRON MTN INC NEW | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 49. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 50. - JPMORGAN CHASE & CO | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 51. | | | | | Buy (add'l) | 10/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - LABORATORY CORP AMER HLDGS NEW | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 53. | | | | | Buy (add'l) | 08/07/13 | J | | |
| 54. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 55. - LOEWS CORP | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 56. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 57. - MICROSOFT CORP | A | Int./Div. | J | T | Buy | 07/13/13 | J | | |
| 58. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 59. - MONSANTO CO NEW | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 60. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 61. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 62. | | | | | Sold (part) | 07/24/13 | J | A | |
| 63. - OCCIDENTAL PETROLEUM CRP | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 64. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 65. | | | | | Sold (part) | 08/13/13 | J | A | |
| 66. - ORACLE CORP | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 67. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 68. - PACCAR INC | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 70.  - PHILIP MORRIS INTL INC | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 71. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 72.  - POTASH CORP SASK INC CANADA CAD | A | Int./Div. | | | Buy | 07/11/13 | J | | |
| 73. | | | | | Sold | 09/13/13 | J | A | |
| 74.  - PROGRESSIVE CORP OHIO | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 75. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 76.  - TEXAS INSTRUMENTS | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 77. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 78.  - TRANSOCEAN LTD CHF | A | Int./Div. | | | Buy | 07/11/13 | J | | |
| 79. | | | | | Sold | 09/09/13 | J | A | |
| 80.  - UNITED HEALTH GROUP INC | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 81. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 82. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 83.  - VISA INC CL A | A | Int./Div. | J | T | Buy | 07/11/13 | J | | |
| 84. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 85.  - WALT DISNEY CO (HOLDING CO) | A | Int./Div. | J | T | Buy | 04/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 87. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 88. | | | | | Sold (part) | 10/17/13 | J | A | |
| 89.   - WELLS FARGO & CO NEW | B | Int./Div. | K | T | Buy | 07/11/13 | J | | |
| 90. | | | | | Buy | 07/11/13 | J | | |
| 91. | | | | | Buy | 10/31/13 | J | | |
| 92. | | | | | Sold (part) | 08/05/13 | J | A | |
| 93.   UBS BROKERAGE ACCT▮ | | | | | | | | | |
| 94.   - ALLIANZ FIXED INCOME SHARES: SERIES C | A | Int./Div. | L | T | Buy | 02/11/13 | L | | |
| 95. | | | | | Buy (add'l) | 08/12/13 | J | | |
| 96. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 97. | | | | | Buy (add'l) | 09/11/13 | J | | |
| 98. | | | | | Buy (add'l) | 10/04/13 | J | | |
| 99. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 100. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 101. | | | | | Sold (part) | 06/13/13 | J | A | |
| 102.   - ALLIANZ FIXED INCOME SHARES: SERIES M | A | Int./Div. | L | T | Buy | 02/11/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 104. | | | | | Buy (add'l) | 09/11/13 | J | | |
| 105. | | | | | Buy (add'l) | 10/04/13 | J | | |
| 106. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 107. | | | | | Buy (add'l) | 12/06/13 | J | | |
| 108. | | | | | Sold (part) | 06/13/13 | J | A | |
| 109. - FNMA PL AL0069 05.0000 DUE 11/1/40 | A | Int./Div. | | | Buy | 04/12/13 | J | | |
| 110. | | | | | Sold | 08/20/13 | J | A | |
| 111. - FNMA PL AL 2629 05.0000 DUE 6/1/39 | A | Int./Div. | | | Buy | 03/18/13 | J | | |
| 112. | | | | | Sold | 08/23/13 | J | A | |
| 113. - FNMA PL AL3006 05.0000 DUE 7/1/37 | A | Int./Div. | | | Buy | 03/26/13 | J | | |
| 114. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 115. | | | | | Sold (part) | 08/20/13 | J | A | |
| 116. | | | | | Sold | 08/23/13 | J | A | |
| 117. - FNMA PL 735402 05.0000 DUE 4/1/35 | A | Int./Div. | | | Buy | 07/17/13 | J | | |
| 118. | | | | | Sold | 08/20/13 | J | A | |
| 119. - FNMA PL 745275 B/E 5.000% 020136 | A | Int./Div. | | | Buy | 02/20/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 08/20/13 | J | A | |
| 121. | | | | | Sold | 08/23/13 | J | A | |
| 122. - US TSY NOTE 00.750% DUE 10/31/17 | A | Int./Div. | K | T | Buy | 02/12/13 | K | | |
| 123. | | | | | Buy (add'l) | 07/09/13 | J | | |
| 124. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 125. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 126. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 127. | | | | | Sold (part) | 03/01/13 | J | A | |
| 128. | | | | | Sold (part) | 03/05/13 | J | A | |
| 129. - US TSY NOTE 01.375% DUE 2/28/19 | A | Int./Div. | | | Buy | 02/12/13 | J | | |
| 130. | | | | | Sold | 08/09/13 | J | A | |
| 131. - US TSY NOTE 2.0000% DUE 11/15/21 | A | Int./Div. | J | T | Buy | 05/07/13 | J | | |
| 132. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 133. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 134. - US TSY INFL PROT NOTE .125% DUE 7/15/22 | A | Int./Div. | K | T | Buy | 02/12/13 | K | | |
| 135. - US TSY NOTE 02.000% DUE 2/15/23 | A | Int./Div. | J | T | Buy | 03/01/13 | J | | |
| 136. | | | | | Buy (add'l) | 03/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 03/05/13 | J | | |
| 138. | | | | | Buy (add'l) | 04/02/13 | J | | |
| 139. | | | | | Buy (add'l) | 07/09/13 | J | | |
| 140. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 141. | | | | | Sold (part) | 08/27/13 | J | A | |
| 142. | | | | | Sold (part) | 08/27/13 | J | A | |
| 143.  - US TSY INFL PROT BOND 2.3750% DUE 1/15/25 | A | Int./Div. | J | T | Buy | 10/23/13 | J | | |
| 144. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 145. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 146.  - FHLMC PL G08323 05.000 DUE 2/1/39 | A | Int./Div. | J | T | Buy | 09/18/13 | J | | |
| 147. | | | | | Redeemed (part) | 10/15/13 | J | A | |
| 148. | | | | | Redeemed (part) | 11/15/13 | J | A | |
| 149. | | | | | Redeemed (part) | 12/30/13 | J | A | |
| 150.  - FHLMC PL Q16644 03.5000 DUE 3/1/43 | A | Int./Div. | J | T | Buy | 09/19/13 | J | | |
| 151. | | | | | Redeemed (part) | 10/15/13 | J | A | |
| 152. | | | | | Redeemed (part) | 11/15/13 | J | A | |
| 153. | | | | | Redeemed (part) | 12/15/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McNiff, Peter J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - FHLMC PL Q17639 03.000 DUE 4/1/43 | A | Int./Div. | J | T | Buy | 09/16/13 | J | | |
| 155. | | | | | Redeemed (part) | 10/15/13 | J | | |
| 156. | | | | | Redeemed (part) | 11/15/13 | J | | |
| 157. | | | | | Redeemed (part) | 12/15/13 | J | | |
| 158.  - FNMA PL AE0949 04.000 DUE 2/1/41 | A | Int./Div. | J | T | Buy | 02/13/13 | K | | |
| 159. | | | | | Redeemed (part) | 03/25/13 | J | A | |
| 160. | | | | | Redeemed (part) | 04/25/13 | J | A | |
| 161. | | | | | Redeemed (part) | 05/25/13 | J | A | |
| 162. | | | | | Redeemed (part) | 06/25/13 | J | A | |
| 163. | | | | | Redeemed (part) | 07/25/13 | J | A | |
| 164. | | | | | Redeemed (part) | 08/25/13 | J | A | |
| 165. | | | | | Redeemed (part) | 09/25/13 | J | A | |
| 166. | | | | | Redeemed (part) | 10/25/13 | J | A | |
| 167. | | | | | Redeemed (part) | 11/25/13 | J | A | |
| 168. | | | | | Redeemed (part) | 12/25/13 | J | A | |
| 169.  - FNMA PL AL0069 05.000 DUE 11/1/40 | A | Int./Div. | | | Buy | 04/12/13 | J | | |
| 170. | | | | | Redeemed (part) | 05/25/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Redeemed (part) | 06/25/13 | J | A | |
| 172. | | | | | Redeemed (part) | 07/25/13 | J | A | |
| 173. | | | | | Sold | 08/20/13 | J | A | |
| 174. | | | | | Redeemed (part) | 08/25/13 | J | A | |
| 175.   - FNMA PL AL0160 04.5000 DUE 5/1/41 | B | Int./Div. | J | T | Buy | 03/13/13 | J | | |
| 176. | | | | | Redeemed (part) | 04/25/13 | J | A | |
| 177. | | | | | Redeemed (part) | 05/25/13 | J | A | |
| 178. | | | | | Redeemed (part) | 06/25/13 | J | A | |
| 179. | | | | | Redeemed (part) | 07/25/13 | J | A | |
| 180. | | | | | Redeemed (part) | 08/25/13 | J | A | |
| 181. | | | | | Redeemed (part) | 09/25/13 | J | A | |
| 182. | | | | | Redeemed (part) | 10/25/13 | J | A | |
| 183. | | | | | Redeemed (part) | 11/25/13 | J | A | |
| 184. | | | | | Redeemed (part) | 12/25/13 | J | A | |
| 185.   - FNMA PL AL 2629 05.000 DUE 6/1/39 | B | Int./Div. | J | T | Redeemed (part) | 03/18/13 | J | | |
| 186. | | | | | Redeemed (part) | 04/25/13 | J | A | |
| 187. | | | | | Redeemed (part) | 05/25/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Redeemed (part) | 06/25/13 | J | A | |
| 189. | | | | | Redeemed (part) | 07/25/13 | J | A | |
| 190. | | | | | Redeemed (part) | 08/25/13 | J | A | |
| 191. | | | | | Redeemed (part) | 09/25/13 | J | A | |
| 192. | | | | | Redeemed (part) | 10/25/13 | J | A | |
| 193. | | | | | Redeemed (part) | 11/25/13 | J | A | |
| 194. | | | | | Redeemed (part) | 12/25/13 | J | A | |
| 195.  - FNMA PL AL3006 05.000 DUE 7/1/37 | A | Int./Div. | | | Buy | 03/26/13 | J | | |
| 196. | | | | | Redeemed (part) | 05/25/13 | J | A | |
| 197. | | | | | Redeemed (part) | 06/25/13 | J | A | |
| 198. | | | | | Redeemed (part) | 07/25/13 | J | A | |
| 199. | | | | | Sold (part) | 08/20/13 | J | A | |
| 200. | | | | | Sold | 08/23/13 | J | A | |
| 201. | | | | | Redeemed (part) | 08/25/13 | J | A | |
| 202.  - FNMA PL AL3423 05.0000 DUE 5/1/40 | A | Int./Div. | | | Buy | 06/14/13 | J | | |
| 203. | | | | | Redeemed | 07/25/13 | J | A | |
| 204. | | | | | Redeemed | 08/25/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 08/20/13 | J | A | |
| 206. - FNMA PL AL3424 04.0000 DUE 1/1/43 | A | Int./Div. | J | T | Buy | 07/10/13 | J | | |
| 207. | | | | | Redeemed (part) | 08/25/13 | J | A | |
| 208. | | | | | Redeemed (part) | 09/25/13 | J | A | |
| 209. | | | | | Redeemed (part) | 10/25/13 | J | A | |
| 210. | | | | | Redeemed (part) | 11/25/13 | J | A | |
| 211. | | | | | Redeemed (part) | 12/25/13 | J | A | |
| 212. - FNMA PL AQ9330 03.5000 DUE 1/1/43 | A | Int./Div. | J | T | Buy | 03/11/13 | J | | |
| 213. | | | | | Redeemed (part) | 04/25/13 | J | A | |
| 214. | | | | | Redeemed (part) | 05/25/13 | J | A | |
| 215. | | | | | Redeemed (part) | 06/25/13 | J | A | |
| 216. | | | | | Redeemed (part) | 07/25/13 | J | A | |
| 217. | | | | | Redeemed (part) | 08/25/13 | J | A | |
| 218. | | | | | Redeemed (part) | 09/25/13 | J | A | |
| 219. | | | | | Redeemed (part) | 10/25/13 | J | A | |
| 220. | | | | | Redeemed (part) | 11/25/13 | J | A | |
| 221. | | | | | Redeemed (part) | 12/25/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - FNMA PL AR2583 03.5000 DUE 2/1/43 | A | Int./Div. | J | T | Buy | 02/13/13 | J | | |
| 223. | | | | | Redeemed (part) | 03/25/13 | J | A | |
| 224. | | | | | Redeemed (part) | 04/25/13 | J | A | |
| 225. | | | | | Redeemed (part) | 05/25/13 | J | A | |
| 226. | | | | | Redeemed (part) | 06/25/13 | J | A | |
| 227. | | | | | Redeemed (part) | 07/25/13 | J | A | |
| 228. | | | | | Redeemed (part) | 08/25/13 | J | A | |
| 229. | | | | | Redeemed (part) | 09/25/13 | J | A | |
| 230. | | | | | Redeemed (part) | 10/25/13 | J | A | |
| 231. | | | | | Redeemed (part) | 11/25/13 | J | A | |
| 232. | | | | | Redeemed (part) | 12/25/13 | J | A | |
| 233. - FNMA PL AR5265 03.000 DUE 2/1/43 | A | Int./Div. | J | T | Buy | 02/15/13 | J | | |
| 234. | | | | | Redeemed (part) | 03/25/13 | J | A | |
| 235. | | | | | Redeemed (part) | 04/25/13 | J | A | |
| 236. | | | | | Redeemed (part) | 05/25/13 | J | A | |
| 237. | | | | | Redeemed (part) | 06/25/13 | J | A | |
| 238. | | | | | Redeemed (part) | 07/25/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Redeemed (part) | 08/25/13 | J | A | |
| 240. | | | | | Redeemed (part) | 09/25/13 | J | A | |
| 241. | | | | | Redeemed (part) | 10/25/13 | J | A | |
| 242. | | | | | Redeemed (part) | 11/25/13 | J | A | |
| 243. | | | | | Redeemed (part) | 12/25/13 | J | A | |
| 244.  - FNMA PL AS0415 04.000 DUE 9/1/43 | A | Int./Div. | J | T | Buy | 09/18/13 | J | | |
| 245. | | | | | Redeemed (part) | 10/25/13 | J | A | |
| 246. | | | | | Redeemed (part) | 11/25/13 | J | A | |
| 247. | | | | | Redeemed (part) | 12/25/13 | J | A | |
| 248.  - FNMA PL AU3751 04.000 DUE 8/1/43 | A | Int./Div. | J | T | Buy | 10/11/13 | J | | |
| 249. | | | | | Redeemed (part) | 11/25/13 | J | A | |
| 250. | | | | | Redeemed (part) | 12/25/13 | J | A | |
| 251.  - FNMA PL 735402 05.0000 DUE 4/1/35 | A | Int./Div. | | | Buy | 07/17/13 | J | | |
| 252. | | | | | Sold | 08/25/13 | J | A | |
| 253.  - FNMA PL 745275 B/E 5.000% | A | Int./Div. | | | Buy | 02/20/13 | J | | |
| 254. | | | | | Redeemed (part) | 03/25/13 | J | A | |
| 255. | | | | | Redeemed (part) | 04/25/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Redeemed (part) | 05/25/13 | J | A | |
| 257. | | | | | Redeemed (part) | 06/25/13 | J | A | |
| 258. | | | | | Redeemed (part) | 07/25/13 | J | A | |
| 259. | | | | | Sold (part) | 08/20/13 | J | A | |
| 260. | | | | | Sold | 08/23/13 | J | A | |
| 261. | | | | | Redeemed (part) | 08/25/13 | J | A | |
| 262.  - FNMA PL 745580 05.000 DUE 6/1/36 | A | Int./Div. | J | T | Buy | 09/27/13 | J | | |
| 263. | | | | | Redeemed (part) | 10/25/13 | J | A | |
| 264. | | | | | Redeemed (part) | 11/25/13 | J | A | |
| 265. | | | | | Redeemed (part) | 12/25/13 | J | A | |
| 266.  - US TSY NOTE 01.125% DUE 12/31/19 | A | Int./Div. | J | T | Buy | 02/12/13 | J | | |
| 267. | | | | | Buy (add'l) | 08/20/13 | J | | |
| 268. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 269.  UBS BROKERAGE ACCT▮ | | | | | | | | | |
| 270.  - VAN ECK INTL INV GOLD FD CL A | A | Int./Div. | | | Sold | 04/03/13 | J | A | |
| 271.  WYOMING BANK & TRUST - CHECKING (A) | A | Interest | M | T | | | | | |
| 272.  WYOMING BANK & TRUST - CHECKING (B) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. WYOMING BANK & TRUST - CHECKING (C) | A | Interest | L | T | | | | | |
| 274. REAL ESTATE - BLUE HILL, ME APPRAISAL DATE 3/3/05 | | None | M | Q | | | | | |
| 275. SCHOLARS CHOICE 529 PLAN - BALANCE 50/50 OPTION CL C | D | Interest | K | T | | | | | |
| 276. X - OIL & GAS INTEREST - APPRAISAL DATE 8/9/13 | A | Royalty | M | Q | | | | | |
| 277. WHITAKER WEST, LLC - CAPITAL INTEREST APPROX 23% APPRAISAL DATE 8/9/13 | C | Distribution | M | Q | | | | | |
| 278. 1/2 INTEREST LAZY E BAR E PARTNERSHIP APPRAISAL DATE 8/9/13 | F | Distribution | P1 | Q | | | | | |
| 279. MORGAN STANLEY - CURRENT SPOUSE | | | | | | | | | |
| 280. X - ACCRETIVE HEALTH INC | A | Int./Div. | K | T | | | | | |
| 281. X - BANK OF AMERICA CORP | A | Int./Div. | K | T | | | | | |
| 282. X - JOHN HANCOCK TX ADV INC | D | Int./Div. | | | Sold | 12/02/13 | K | D | |
| 283. UBS BROKERAGE ACCT. 64 | | | | | | | | | |
| 284. - ALLIANCEBERNSTEIN MUNICIPAL INCOME SHARES | A | Int./Div. | | | Buy | 04/01/13 | J | | |
| 285. | | | | | Buy (add'l) | 04/01/13 | L | | |
| 286. | | | | | Buy (add'l) | 08/21/13 | J | | |
| 287. | | | | | Sold (part) | 08/30/13 | J | A | |
| 288. | | | | | Sold | 10/18/13 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. - ALLIANCEBERNSTEIN TAXABLE MULTI-SECTOR INCOME | A | Int./Div. | | | Buy | 04/01/13 | J | | |
| 290. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 291. | | | | | Sold (part) | 07/09/13 | J | A | |
| 292. | | | | | Sold | 09/10/13 | J | A | |
| 293. - WELLS FARGO FUNDS COREBUILDER SHARES SERIES M | A | Int./Div. | | | Buy | 02/08/13 | M | | |
| 294. | | | | | Sold | 03/04/13 | M | A | |
| 295. - ALBUQUERQUE NM SR A | A | Int./Div. | | | Buy | 04/02/13 | J | | |
| 296. | | | | | Sold | 10/21/13 | J | A | |
| 297. - CITY OF NY SR J | A | Int./Div. | | | Buy | 05/24/13 | J | | |
| 298. | | | | | Sold | 10/17/13 | J | A | |
| 299. - DELAWARE TRANS AU SYS RV | A | Int./Div. | | | Buy | 05/10/13 | J | | |
| 300. | | | | | Sold | 10/17/13 | J | A | |
| 301. - JOBSOHIO BEVERAGE SYS SR A | A | Int./Div. | | | Buy | 04/04/13 | J | | |
| 302. | | | | | Sold | 10/25/13 | J | A | |
| 303. - MASSACHUSETTS SCHOOL BLD SR A | A | Int./Div. | | | Buy | 09/03/13 | J | | |
| 304. | | | | | Sold | 10/17/13 | J | A | |
| 305. - MILWAUKEE WI SR N2 | A | Int./Div. | | | Buy | 04/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. | | | | | Sold | 10/17/13 | J | A | |
| 307. - NEW YORK CITY TRANSITION SR G RV | A | Int./Div. | | | Buy | 04/08/13 | J | | |
| 308. | | | | | Sold | 10/21/13 | J | A | |
| 309. - NEW YORK ST DORM AUTH ST SR D | A | Int./Div. | | | Buy | 02/14/13 | J | | |
| 310. | | | | | Sold | 04/09/13 | J | A | |
| 311. - NYS EMPIRE DEV CORP SR C RV | A | Int./Div. | | | Buy | 09/10/13 | J | | |
| 312. | | | | | Sold | 10/21/13 | J | A | |
| 313. - PENNSYLVANIA ECON DEV FI SR A | A | Int./Div. | | | Buy | 04/11/13 | J | | |
| 314. | | | | | Sold | 10/17/13 | J | A | |
| 315. - PENNSYLVANIA ST BE/R 5.000 | A | Int./Div. | | | Buy | 04/04/13 | J | | |
| 316. | | | | | Sold | 10/21/13 | J | A | |
| 317. - PHARR&SAN JUAN &ALAMO TEX INDPT SCH DT | A | Int./Div. | | | Buy | 07/09/13 | J | | |
| 318. | | | | | Sold | 10/21/13 | J | A | |
| 319. - PORTLAND OR WTR SYS RV | A | Int./Div. | | | Buy | 04/26/13 | J | | |
| 320. | | | | | Sold | 10/21/13 | J | A | |
| 321. - ROCKWALL TX INDPT SCH DT BE/R/ 5.000 | A | Int./Div. | | | Buy | 04/09/13 | J | | |
| 322. | | | | | Sold | 10/21/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 12/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323.  - RUTGER ST UNIV NJ SR L | A | Int./Div. | | | Buy | 06/14/13 | J | | |
| 324. | | | | | Sold | 10/17/13 | J | A | |
| 325.  - VIRGINIA ST PUB SCH AUTH SR A RV | A | Int./Div. | | | Buy | 04/30/13 | J | | |
| 326. | | | | | Sold | 10/17/13 | J | A | |
| 327.  - WASHINGTON MD SUBURBN BE/R/ 4.000 | A | Int./Div. | | | Buy | 04/18/13 | J | | |
| 328. | | | | | Sold | 06/13/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNiff, Peter J. | 12/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

▒▒▒▒▒▒▒▒▒ I closed and sold all investment accounts in 2012, new accounts were established in 2013. ▒▒▒▒▒▒▒▒

My accountant for many years passed away in 2013, so a new accountant was retained to assist in preparation of the financial disclosure report for 2013. Therefore, there are some reporting changes on the 2013 report.

Line 275: This is a Section 529 savings program established prior to 2013. This is not a self directed plan.

Line 276: This line consists of a land owner royalty interest in Laramie County, Wyoming that was aquired through ▒▒▒▒▒▒▒▒. No valuation was available until August 9, 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Peter J. McNiff**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544